JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR </br></br> Petitioner, </br></br> vs. </br></br> JANET NAPOLITANO, Secretary of the Dept. of Homeland Security; ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. ROBBINS, field Office Director for the Los Angeles District of Immigration and Customs Enforcement; RICHARD B. IVES, Warden of Lompoc Federal Bureau of Prisons; </br></br> Respondents. | CASE NO. CV 13-00387 MMM (RZ) </br></br> JUDGMENT |

On January 18, 2013, Hassan Abpikar filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. On January 28, 2013, the court issued an order denying petitioner's motion for temporary restraining order and preliminary injunction and dismissing his petition for lack of subject matter jurisdiction. Consequently,

1    IT IS ORDERED AND ADJUDGED that the action be, and it hereby is, dismissed.

4    DATED: January 28, 2013

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE