JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR | ) CASE NO. CV 13-00387 MMM (RZ) |
| Petitioner, | ) |
| | ) AMENDED JUDGMENT |
| vs. | ) |
| JANET NAPOLITANO, Secretary of the Dept. of Homeland Security; ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. ROBBINS, field Office Director for the Los Angeles District of Immigration and Customs Enforcement; RICHARD B. IVES, Warden of Lompoc Federal Bureau of Prisons; | ) |
| Respondents. | ) |

On January 18, 2013, Hassan Abpikar filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. On January 28, 2013, the court issued an order denying petitioner's motion for temporary restraining order and preliminary injunction and dismissing his petition for lack of subject matter jurisdiction. Consequently,

IT IS ORDERED AND ADJUDGED that the action be, and it hereby is, dismissed without prejudice.

DATED: January 8, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE